# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES R. ESPINOZA ZAVALA, | Case No.: 1:17-cv-0527- JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 18, 2017 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Previously, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's scheduling order and failure to prosecute. (Doc. 13) On January 2, 2018, Plaintiff filed his opening brief in response to the order. (Doc. 14) Accordingly, the order to show cause dated December 18, 2017 (Doc. 13) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **January 8, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE