MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANDRES R. ESPINOZA ZAVALA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00527-JLT<br><br>STIPULATION & [~~PROPOSED~~] ORDER TO SUPPLEMENT THE CERTIFIED ADMINISTRATIVE RECORD AND MODIFY THE BRIEFING SCHEDULE (Doc. 16) |

Despite the Commissioner's diligent efforts to timely prepare and submit a complete CAR to this Court and to Plaintiff, certain information is missing and a supplemental certified administrative record (CAR) is therefore necessary. Accordingly, Defendant respectfully requests that this Court's Scheduling Order be modified as stipulated below. This is Defendant's first request for an extension, and Plaintiff's counsel does not oppose this request.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall submit a Supplemental CAR on or before February 9, 2018. Defendant shall file and serve her response to Plaintiff's opening

Stipulation & PO; Case No.: 1:17-cv-00527-JLT

1

brief within 14 days after service of the Supplemental CAR.  Plaintiff shall file and serve any reply brief within 15 days after service of Defendant's response brief.

In the event Plaintiff determines that supplemental briefing is necessary to address new issues raised in the Supplemental CAR, the parties agree, subject to the Court's approval, that Plaintiff may request further modification of the briefing schedule set forth herein.

Respectfully submitted,

Dated: January 29, 2018      NEWEL LAW

By: */s/ Melissa Newel*\*
    MELISSA NEWEL
    Attorneys for Plaintiff
    [*As authorized by e-mail on January 29, 2018]

Dated: January 30, 2018      MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

[~~PROPOSED~~] **ORDER**

IT IS SO ORDERED.

   Dated:   **January 30, 2018**        **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE